STEPHAN, Respondent, v. HECKSCHER et al. Appellants. (Supreme Court, Appellate Division, First Department. November 12, 1909.) Action by Mary M. Stephan, as administratrix, against August Heckscher and others.

F. V. Johnson, for appellants. F. X. McCollum, for respondent.

PER CURIAM. Order modified, by setting case down for trial on the first Monday of December, 1909, and, as modified, affirmed, without costs. Settle order on notice.

INGRAHAM and McLAUGHLIN, JJ., dissent.